UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMMAD SABOOR YAQUBI,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, Attorney General of the United States, et al.,<br><br>Respondents. | CASE NO. 2:26-cv-03703-TL<br><br>ORDER ON MOTION TO APPOINT COUNSEL |

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner has filed a motion seeking appointment of counsel in this matter. Dkt. No. 4. The Court, having considered Petitioner's motion, his financial eligibility, and the balance of the record, GRANTS the motion.

"Whenever the United States magistrate judge or the court determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . is seeking relief under section 2241[.]" 18 U.S.C. § 3006A(a)(2)(B). Petitioner's proposed counsel, Assistant Federal Public Defender Ann K. Wagner, represents that counsel can attest to his

financial eligibility for *in forma pauperis* status and will file a signed financial affidavit within 30 days of the motion. On the strength of this representation, the Court makes a preliminary finding that Petitioner is a financially eligible person.

Upon review of the Petition for Habeas Corpus, the Court notes that Petitioner challenges his present detention pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001). *See generally* Dkt. No. 1. Because of the complex issues involved in this case, the Court therefore finds that interests of justice require that counsel be appointed for Petitioner.

Accordingly, Petitioner's request for appointment of counsel is GRANTED. Assistant Federal Public Defender Ann K. Wagner is APPOINTED to represent Petitioner. Petitioner SHALL file a financial affidavit demonstrating his financial eligibility on or before October 30, 2026.

Dated this 1st day of October, 2026.

Tana Lin
United States District Judge